Alan Schoenfeld (New Jersey
Bar No. 285532018)
Marissa M. Wenzel*
Todd Clayton*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com
marissa.wenzel@wilmerhale.com
todd.clayton@wilmerhale.com

Christopher Davies*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (phone)
(202) 663-6363 (fax)
christopher.davies@wilmerhale.com

*Motion for admission pro hac vice
forthcoming

*Attorneys for Defendant Choreograph LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> CHOREOGRAPH LLC, *et al*., <br><br> Defendants. | No. 2:24-cv-4271 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene. The undersigned counsel certifies that Choreograph LLC is a non-governmental corporate party and that its parent corporation, and any publicly-held corporation owning 10% or more of this party's stock, is **WPP plc**.

Dated:  March 27, 2024                    /s/ Alan Schoenfeld
   New York, New York          Alan Schoenfeld (New Jersey Bar No.
             285532018)
             Marissa M. Wenzel*
             Todd Clayton*
             WILMER CUTLER PICKERING
              HALE AND DORR LLP
             7 World Trade Center
             250 Greenwich Street
             New York, NY 10007
             (212) 230-8800 (phone)
             (212) 230-8888 (fax)
             alan.schoenfeld@wilmerhale.com
             marissa.wenzel@wilmerhale.com
             todd.clayton@wilmerhale.com

             Christopher Davies*
             WILMER CUTLER PICKERING
              HALE AND DORR LLP
             2100 Pennsylvania Avenue NW
             Washington, DC 20037
             (202) 663-6000 (phone)
             (202) 663-6363 (fax)
             christopher.davies@wilmerhale.com

             *Attorneys for Defendant Choreograph*
             *LLC*

*Motion for admission* pro hac vice *forthcoming*

2