Alan Schoenfeld (New Jersey
Bar No. 285532018)
Marissa M. Wenzel*
Todd Clayton*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com
marissa.wenzel@wilmerhale.com
todd.clayton@wilmerhale.com

Christopher Davies*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (phone)
(202) 663-6363 (fax)
christopher.davies@wilmerhale.com

*Motion for admission* pro hac vice
*forthcoming*

*Attorneys for Defendant Choreograph LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHOREOGRAPH LLC, *et al.*,<br><br>                    Defendants. | No. 2:24-cv-4271 |

## <u>APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(B)</u>

Application is hereby made for a Clerk's Order extending the time within which defendant Choreograph LLC may answer, move, or otherwise reply to the complaint. It is hereby represented that:

1. No previous extension has been requested or obtained;

2. Plaintiffs filed their complaint in the Superior Court of New Jersey, Bergen County, on February 9, 2024.

3. On February 26, 2024, Plaintiffs delivered the complaint to Choreograph's registered agent in New York;

4. Choreograph removed this action to this Court on March 27, 2024.

5. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Choreograph's time to answer, move, or otherwise reply expires on April 3, 2024.

6. Fourteen (14) days from April 3, 2024 is April 17, 2024.


Dated: March 27, 2024          /s/ Alan Schoenfeld
       New York, New York      Alan Schoenfeld (New Jersey Bar No. 285532018)
                               Marissa M. Wenzel*
                               Todd Clayton*
                               WILMER CUTLER PICKERING
                                 HALE AND DORR LLP
                               7 World Trade Center
                               250 Greenwich Street
                               New York, NY 10007
                               (212) 230-8800 (phone)
                               (212) 230-8888 (fax)
                               alan.schoenfeld@wilmerhale.com

2

marissa.wenzel@wilmerhale.com
todd.clayton@wilmerhale.com

Christopher Davies*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (phone)
(202) 663-6363 (fax)
christopher.davies@wilmerhale.com

*Attorneys for Defendant Choreograph
LLC*

**Motion for admission* pro hac vice
*forthcoming*

## **ORDER**

The above application is ORDERED GRANTED.  The time within which defendant Choreograph LLC is required to answer, move, or otherwise reply is extended to _____.


MELISSA E. RHOADS, Clerk

Dated: _____        By:_____
                                                   Deputy Clerk