Alan Schoenfeld (New Jersey Bar No. 285532018)
Marissa M. Wenzel*
Todd Clayton*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com
marissa.wenzel@wilmerhale.com
todd.clayton@wilmerhale.com

Christopher Davies*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (phone)
(202) 663-6363 (fax)
christopher.davies@wilmerhale.com

**Motion for admission* pro hac vice *forthcoming*

*Attorneys for Defendant Choreograph LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHOREOGRAPH LLC, *et al.*,<br><br>　　　　Defendants. | No. 2:24-cv-4271 |

**CERTIFICATE OF SERVICE**

I hereby certify that the Notice of Removal and supporting documentation (ECF No. 1), the Corporate Disclosure Statement (ECF No. 2), the Diversity Disclosure Statement (ECF No. 3), and the Application for Extension of Time to Answer, Move, or Otherwise Reply (ECF No. 4) have been electronically filed with the Clerk of the United States District Court for the District of New Jersey, within the time and manner prescribed by the Rules of Court.  I further certify that on March 27, 2024, I caused copies of the aforementioned documents to be served upon counsel for Plaintiffs via Federal Express at the following addresses:

>Rajiv D. Parikh
>Kathleen Barnett Einhorn
>Genova Burns LLC
>494 Broad Street
>Newark, NJ 07102
>rparikh@genovaburns.com
>keinhorn@genovaburns.com
>
>John A. Yanchunis
>Ryan J. McGee
>Morgan & Morgan
>201 N. Franklin Street,
>7th Floor
>Tampa, FL 33602
>jyanchunis@forthepeople.com
>rmcgee@forethepeople.com

Dated:  March 27, 2024                             */s/ Alan Schoenfeld*
       New York, New York                     Alan Schoenfeld (New Jersey Bar No. 285532018)
                                                        Marissa M. Wenzel*
                                                        Todd Clayton*

        WILMER CUTLER PICKERING
           HALE AND DORR LLP
        7 World Trade Center
        250 Greenwich Street
        New York, NY 10007
        (212) 230-8800 (phone)
        (212) 230-8888 (fax)
        alan.schoenfeld@wilmerhale.com
        marissa.wenzel@wilmerhale.com
        todd.clayton@wilmerhale.com

        Christopher Davies*
        WILMER CUTLER PICKERING
           HALE AND DORR LLP
        2100 Pennsylvania Avenue NW
        Washington, DC 20037
        (202) 663-6000 (phone)
        (202) 663-6363 (fax)
        christopher.davies@wilmerhale.com

        *Attorneys for Defendant Choreograph LLC*

        **Motion for admission* pro hac vice *forthcoming*