Alan Schoenfeld
New Jersey Bar No. 285532018
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com

*Attorney for Defendant Choreograph LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHOREOGRAPH LLC, *et al.*, <br><br> Defendants. | No. 2:24-cv-4271-EP-MAH |

**NOTICE OF MOTION FOR THE ADMISSION *PRO HAC VICE* OF CHRISTOPHER DAVIES, MARISSA M. WENZEL, AND TODD CLAYTON**

**PLEASE TAKE NOTICE** that Defendant Choreograph LLC, by and through undersigned counsel, shall move before the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07102, for entry of an order pursuant to Local

Civil Rule 101.1(c) admitting Christopher Davies, Marissa M. Wenzel, and Todd Clayton as counsel *pro hac vice* on behalf of Choreograph in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Choreograph shall rely on the accompanying certifications of Alan Schoenfeld, Christopher Davies, Marissa M. Wenzel, and Todd Clayton.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto in compliance with Local Civil Rule 7.1(e).

**WHEREFORE,** it is respectfully requested that the motion for admission of Christopher Davies, Marissa M. Wenzel, and Todd Clayton as counsel *pro hac vice* on behalf of Choreograph in the above-captioned matter be granted.

Dated:  April 1, 2024

/s/ *Alan Schoenfeld*
Alan Schoenfeld
New Jersey Bar No. 285532018
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com