Alan Schoenfeld
New Jersey Bar No. 285532018
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (phone)
(212) 230-8888 (fax)
alan.schoenfeld@wilmerhale.com

*Attorney for Defendant Choreograph LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHOREOGRAPH LLC, *et al.*, <br><br> Defendants. | No. 2:24-cv-4271-EP-MAH |

### ORDER ADMITTING CHRISTOPHER DAVIES, MARISSA M. WENZEL, AND TODD CLAYTON *PRO HAC VICE*

This matter having come before the Court on the application of Alan Schoenfeld of Wilmer Cutler Pickering Hale and Dorr LLP ("movant"), attorney for Defendant Choreograph LLC, for the *pro hac vice* admission of Christopher Davies, Marissa M. Wenzel, and Todd Clayton ("counsel") on behalf of Choreograph pursuant to Local Civil Rule 101.1(c); and the Court having

considered the Certifications in support of the application, which reflect that counsel satisfies the requirements set forth in Local Civ. R. 101.1(c); and for good cause shown,

IT IS ON THIS 2nd day of April, 2024,

ORDERED that the application for the *pro hac vice* admission of counsel is granted;

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

IT IS FURTHER ORDERED that either the movant or another member of the firm admitted to practice in New Jersey as local counsel shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

IT IS FURTHER ORDERED that counsel shall make payment to the New

Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2(a), for each year in which counsel represents Defendant in this matter;

IT IS FURTHER ORDERED that counsel shall pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial, or any other proceeding shall occur because of the participation of counsel or counsel's inability to be in attendance at proceedings.

Dated: April 1, 2024

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

_____
Hon. Michael A. Hammer
Date:
United States Magistrate Judge