UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION, *et al.*,

        Plaintiff(s),

        v.

CHOREOGRAPH LLC, *et al.*,

        Defendant(s)

**REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION**

Civil Action No.    2:24-cv-4271-EP-MAH

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.    An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.    If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:        Christopher Davies

Address:       Wilmer Cutler Pickering Hale and Dorr LLP

              2100 Pennsylvania Avenue NW

              Washington, DC 20037

E-mail:       christopher.davies@wilmerhale.com

              (One email address only)

DNJ-CMECF-002