UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, <br><br> Plaintiff(s), <br><br> v. <br><br> CHOREOGRAPH LLC, *et al.*, <br><br> Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** <br><br> Civil Action No. 2:24-cv-4271-EP-MAH |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:     Marissa M. Wenzel

Address:  Wilmer Cutler Pickering Hale and Dorr LLP

          7 World Trade Center

          250 Greenwich Street

          New York, NY 10007

E-mail:   marissa.wenzel@wilmerhale.com

(One email address only)

DNJ-CMECF-002