XQLWHG#VWDWHV#GLVWULFW#FRXUW#
#                                        #
#                    GLVWULFW#RI#QHZ#MHUVH\#
#
#                    PLQXWHV#RI#SURFHHGLQJV#
#
QHZ DUN#RIILFH=##      #      #      #      GDWH#RI#SURFHHGLQJV=#82:25257#
#
MXGJH=#Kduyh|#Edueh/#U1#  #      #
#
FRXUW#UHSRUWHU=#Dqq#Pdulh#Plfkho#
#
RWKHUV=####      #      #      #      #      #      GRFNHW#QR=#FU#&57075:4###
#
#
WLWOH#RI#FDVH=#
#
DWODV#GDWD#SULYDF\#FRUS1#
######+yv,#
FKURURJUDSK/OOF/#HW#DO#
#
#
DSSHDUDQFHV=###
#
Vhh#Dwwdfkhg#Olvw#
#
#
QDWXUH#RI#SURFHHGLQJV=##
#
VWDWXV#FRQIHUHQFH#KHOG#
#
#####
###########################v2Eduedud#Lvkhu#############################
#############################Ghsxw|#Fohun#
#
#
Wlph#Frpphqfhg#=##5=48#SP #########Wlph#Dgmrxuqhg#=####5=57#SP ##########