```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY                  :       CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :       NO. 24-3993
BLACKBAUD, INC., et al.             :
_____

ATLAS DATA PRIVACY                  :       CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :       NO. 24-3998
WHITEPAGES, INC., et al.            :
_____

ATLAS DATA PRIVACY                  :       CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :       NO. 24-4000
HIYA, INC., et al.                  :
_____

ATLAS DATA PRIVACY                  :       CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :       NO. 24-4073
COMMERCIAL REAL ESTATE              :
EXCHANGE, INC., et al.              :
_____

ATLAS DATA PRIVACY                  :       CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :       NO. 24-4077
CARCO GROUP INC., et al.            :
_____
```

```
ATLAS DATA PRIVACY            :       CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :       NO. 24-4095
TWILIO INC., et al.           :
_____

ATLAS DATA PRIVACY            :       CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :       NO. 24-4104
6SENSE INSIGHTS, INC.,        :
et al.                        :
_____

ATLAS DATA PRIVACY            :       CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :       NO. 24-4105
LIGHTBOX PARENT, L.P.,        :
et al.                        :
_____

ATLAS DATA PRIVACY            :       CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :       NO. 24-4106
SEARCH QUARRY, LLC, et al.    :
_____

ATLAS DATA PRIVACY            :       CIVIL ACTION
CORPORATION, et al.           :
                              :
        v.                    :
                              :       NO. 24-4107
ACXIOM, LLC, et al.           :
_____
```

-3-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ENFORMION, LLC, et al. | : | NO. 24-4110 |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | NO. 24-4111 |
| COSTAR GROUP, INC., et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | NO. 24-4112 |
| ORACLE INTERNATIONAL CORPORATION, et al. | : : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | NO. 24-4113 |
| RED VIOLET, INC., et al. | : | |

_____

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : : | NO. 24-4114 |
| RE/MAX, LLC, et al. | : | |

_____

-4-

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| | : | NO. 24-4168 |
| EPSILON DATA MANAGEMENT, LLC, et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| | : | NO. 24-4171 |
| PEOPLE DATA LABS, INC., et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| | : | NO. 24-4175 |
| CLARITAS, LLC, et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| | : | NO. 24-4181 |
| DATA AXLE, INC., et al. | : | |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| | : | NO. 24-4182 |
| REMINE INC., et al. | : | |

Case 1:24-cv-04271-HB   Document 29   Filed 06/20/24   Page 5 of 9 PageID: 937

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-4184 |
| LUSHA SYSTEMS, INC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-4217 |
| TELTECH SYSTEMS, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-4227 |
| PEOPLECONNECT, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-4230 |
| CORELOGIC, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-4233 |
| BLACK KNIGHT TECHNOLOGIES, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4269 |
| THOMSON REUTERS CORPORATION, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4271 |
| CHOREOGRAPH LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4288 |
| TRANSUNION, LLC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4298 |
| EQUIFAX INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4299 |
| SPOKEO, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| TELNYX LLC, et al. | : | NO. 24-4354 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| MYHERITAGE, LTD., et al. | : | NO. 24-4392 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| WILAND, INC., et al. | : | NO. 24-4442 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ATDATA, LLC, et al. | : | NO. 24-4447 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| PRECISELY HOLDINGS, LLC, et al. | : : | NO. 24-4571 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4696 |
| OUTSIDE INTERACTIVE, INC. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4770 |
| VALASSIS DIGITAL CORP., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4850 |
| THE LIFETIME VALUE CO. LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-5334 |
| FIRST AMERICAN FINANCIAL CORPORATION, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-6160 |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | : | |

ORDER

AND NOW, this 20th day of June, 2024, upon consideration of the letter from counsel dated June 19, 2024, it is hereby ORDERED that:

(1) Plaintiffs, on or before July 31, 2024, shall produce a privilege log to Defendants pursuant to the terms agreed upon by the parties as set forth in the letter; and

(2) Plaintiff Atlas Data Privacy Corporation ("Atlas") does not need to search for, collect, review, or identify in a privilege log any responsive privileged communications or documents between a named Plaintiff and legal counsel for Atlas from January 1, 2024 forward.

BY THE COURT:

/s/ Harvey Bartle III
                          J.