## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                                    Plaintiff,

v.                                                      Case No.: 1:24−cv−04271−HB

                                                            Judge Harvey Bartle (EDPA), III

CHOREOGRAPH LLC, et al.

                                    Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER L 00920 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                          Very truly yours,

                                                          CLERK OF COURT
                                                          By Deputy Clerk, lm

encl.
cc: All Counsel